# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ERDMANN, CHARLES E. | U S COURT OF APPEALS - ARMED FORCES | 07/25/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ASSOCIATE JUDGE - ACTIVE | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

C/O LOPACH & CARPARELLI, PC
863 GREAT NORTHERN BOULEVARD, SUITE 202
HELENA, MT 59601

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ERDMANN, CHARLES E. | 07/25/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | STATE OF MONTANA RETIREMENT INCOME |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ERDMANN, CHARLES E. | 07/25/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. GENWORTH FINANCIAL ANNUITY | A | Interest | J | T | Buy (add'l) | 12/31/16 | J | | |
| 2. NORTHWESTERN MUTUAL LIFE INS - CASH VALUE OF POLICIES | C | Dividend | J | T | Buy (add'l) | 12/31/16 | J | | |
| 3. CAPITAL ONE BANK - CHECKING & SAVINGS | A | Interest | J | T | Distributed (part) | 12/31/16 | J | | |
| 4. OPPORTUNITY BANK CHECKING & SAVINGS | A | Interest | J | T | Buy (add'l) | 12/31/16 | J | | |
| 5. SUNTRUST BANK CHECKING AND SAVINGS | A | Int./Div. | K | T | Open | 03/13/16 | K | | |
| 6. CHARLES SCHWAB IRA | | | | | | | | | |
| 7. - SCHWAB MM CASH | A | Int./Div. | J | T | | | | | |
| 8. - AMERICAN CENTURY EQUITY GROWTH FUND | B | Dividend | K | T | Buy (add'l) | 12/13/16 | J | | |
| 9. - HARDING LOEVNER EMERGING MARKETS FUND | A | Dividend | J | T | Buy (add'l) | 12/16/16 | J | | |
| 10. - PERKINS MID CAP VALUE FUND | C | Dividend | L | T | Buy (add'l) | 12/21/16 | J | | |
| 11. - UMB SCOUT INTERNATIONAL FUND | B | Dividend | J | T | Buy (add'l) | 12/16/16 | J | | |
| 12. U S TRUST IRA | | | | | | | | | |
| 13. - U S TRUST IRA - MONEY MARKET ACCOUNT | A | Int./Div. | J | T | Buy (add'l) | 12/21/16 | J | | |
| 14. - BERKSHIRE HATHAWAY INC CL B | A | Dividend | L | T | | | | | |
| 15. - COLUMBIA CONTRARIAN FUND | A | Dividend | K | T | Sold (part) | 06/02/16 | J | A | |
| 16. - COLUMBIA SELECT LARGE CAP GROWTH FUND | B | Dividend | K | T | Buy (add'l) | 06/20/16 | J | | |
| 17. | | | | | Sold (part) | 06/02/16 | J | A | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ERDMANN, CHARLES E. | 07/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 12/12/16 | J | | |
| 19.   - ISHARES SELECT DIVIDEND ETF | A | Dividend | K | T | Open | 04/28/16 | K | | |
| 20.   - ISHARES CORE S&P MID CAP ETF | A | Dividend | J | T | Sold (part) | 04/28/16 | J | A | |
| 21. | | | | | Buy (add'l) | 06/06/16 | J | | |
| 22.   - JANUS INVESTMENTS ENTERPRISE FUND | A | Dividend | J | T | Sold (part) | 06/02/16 | J | A | |
| 23.   - ISHARES RUSSELL 2000 ETF | A | Dividend | J | T | Sold (part) | 04/28/16 | J | A | |
| 24. | | | | | Sold (part) | 06/06/16 | J | A | |
| 25. | | | | | Buy (add'l) | 09/09/16 | J | | |
| 26. | | | | | Sold (part) | 09/19/16 | J | | |
| 27. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 28. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 29.   - ISHARES RUSSELL 2000 VALUE ETF | A | Dividend | J | T | Open | 12/20/16 | J | | |
| 30.   - TOUCHSTONE SMALL CAP GROWTH FUND | A | Dividend | | | Sold (part) | 06/02/16 | J | A | |
| 31. | | | | | Sold (part) | 09/15/16 | J | A | |
| 32. | | | | | Closed | 10/27/16 | J | A | |
| 33.   - DBX TRACKERS MSCI EAFE HEDGED EQUITY FUND | | | | | Closed | 04/28/16 | J | A | |
| 34.   - ISHARES TR MSCI EAFE MIN VOL INDEX FUND | A | Dividend | | | Buy | 04/28/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ERDMANN, CHARLES E. | 07/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 06/06/16 | J | A | |
| 36. | | | | | Closed | 12/13/16 | K | | |
| 37. - OPPENHEIMER INTL GROWTH FUND | A | Dividend | J | T | Sold (part) | 06/02/16 | J | A | |
| 38. - VANGUARD FTSE DEVELOPED MARKETS ETF | A | Dividend | K | T | Sold (part) | 04/28/16 | K | A | |
| 39. | | | | | Buy (add'l) | 12/13/16 | K | | |
| 40. - LAZARD EMERGING MKTS EQUITY PORTFOLIO | | | | | Sold (part) | 02/11/16 | J | | |
| 41. - VANGUARD FTSE EMERGING MARKETS ETF | A | Dividend | K | T | Sold (part) | 06/06/16 | J | A | |
| 42. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 43. - PRUDENTIAL SHORT-TERM CORP BOND FUND | A | Dividend | | | Closed | 06/02/16 | K | A | |
| 44. - METRO WEST T/R BOND CL 1 | A | Dividend | K | T | Buy (add'l) | 06/02/16 | J | | |
| 45. - SPDR BARCLAYS SHORT TERM CORP BD ETF | A | Dividend | K | T | Open | 06/06/16 | J | | |
| 46. - FIDELITY ADVISOR FLOATING RATE HIGH INCOME FUND | A | Dividend | J | T | | | | | |
| 47. - BLACKROCK GLOBAL LONG/SHORT FUND | A | Dividend | J | T | | | | | |
| 48. - GOLDMAN SACHS ABSOLUTE RETURN TRACKER FUND | A | Dividend | J | T | | | | | |
| 49. - ROBECO BOSTON PARTNERS LONG/ SHORT FUND | A | Dividend | K | T | | | | | |
| 50. - PRUDENTIAL GLOBAL REAL ESTATE FUND | A | Dividend | K | T | | | | | |
| 51. - VANGUARD REIT ETF | A | Dividend | J | T | Buy | 06/06/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ERDMANN, CHARLES E. | 07/25/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - ISHARES GOLD TRUST | A | Dividend | J | T | Buy (add'l) | 06/06/16 | J | | |
| 53. | | | | | Sold (part) | 12/20/16 | J | A | |
| 54.   U S TRUST JOINT AGENCY ACCOUNT | | | | | | | | | |
| 55.   - BANK OF AMERICA MONEY MARKET FUND | A | Int./Div. | J | T | Buy (add'l) | 12/21/16 | J | | |
| 56.   - COLUMBIA DIVIDEND INCOME FUND | B | Dividend | K | T | | | | | |
| 57.   - COLUMBIA SELECT LARGE CAP GROWTH FUND | A | Dividend | J | T | Sold (part) | 04/26/16 | J | A | |
| 58. | | | | | Buy (add'l) | 12/12/16 | J | | |
| 59.   - ISHARES SELECT DIVIDEND ETF | A | Dividend | J | T | Open | 04/28/16 | J | | |
| 60.   - JANUS ENTERPRISE FUND | A | Dividend | J | T | Sold (part) | 04/26/16 | J | B | |
| 61. | | | | | Sold (part) | 06/02/16 | J | B | |
| 62.   - ISHARES RUSSELL 2000 ETF | A | Dividend | J | T | | | | | |
| 63.   - TOUCHSTONE SMALL CAP GROWTH FUND | A | Dividend | | | Sold (part) | 04/26/16 | J | A | |
| 64. | | | | | Sold (part) | 06/02/16 | J | A | |
| 65. | | | | | Closed | 10/27/16 | J | A | |
| 66.   - ISHARES EDGE MSCI MIN VOL EAFE ETF | A | Dividend | | | Open | 04/28/16 | J | | |
| 67. | | | | | Closed | 12/13/16 | J | A | |
| 68.   - OPPENHEIMER INTL GROWTH FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ERDMANN, CHARLES E. | 07/25/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - VANGUARD FTSE DEVELOPED MARKETS FUND | A | Dividend | J | T | Sold (part) | 04/28/16 | J | A | |
| 70. | | | | | Buy (add'l) | 12/13/16 | J | | |
| 71.  - COLUMBIA SHORT TERM MUNICIPAL BOND FUND | A | Dividend | J | T | | | | | |
| 72.  - FIDELITY ADVISOR FLOATING RATE HIGH INCOME FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ERDMANN, CHARLES E. | 07/25/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| ERDMANN, CHARLES E. | 07/25/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ CHARLES E. ERDMANN**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544